**2009–1336.   State ex rel. Montgomery v. Court of Appeals, Fifth Appellate Dist.**
In Mandamus. On relator's complaint in mandamus and motion for leave to amend complaint and respondent's motion to dismiss. Motion to dismiss granted. Motion for leave to amend complaint denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1400.   [State ex rel.] Whiting v. Hall.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–1408.   State ex rel. Freshwater v. Mt. Vernon City School Dist. Bd. of Edn.**
In Mandamus and Prohibition. On respondents' answer and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2006–1653.   State v. Pruitt.**
Cuyahoga App. Nos. 86707 and 86986, 2006-Ohio-4106. On motion to vacate judgment for lack of final, appealable order. Motion denied.

**2009–0922.   State ex rel. Extendicare Health Servs., Inc. v. Ryan.**
In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

Relator's request for oral argument is denied.

**2009–1292.   State ex rel. Doner v. Logan.**
In Mandamus. On motion to dismiss. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

CUPP, J., not participating.

**2009–1323.   Garr v. Warden, Madison Corr. Inst.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:08CV293. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following question:

"Whether the Supreme Court of Ohio's decision in *State v. Chandler*, 109 Ohio St.3d 223, 2006-Ohio-2285, as described in the syllabus of the court, to wit: '[a] substance offered for sale must contain some detectable amount of the relevant controlled substance before a person can be sentenced as a major drug offender under Ohio Revised Code § 2925.03(C)(4)(g),' extends to cases where the substance offered for sale was never observed, tested, or recovered to ascertain whether it contained a detectable amount of the controlled substance, but no affirmative evidence was presented to call into question the defendant's representation in his offer to sell, or to refute the jury's factual finding, that the substance was in fact a controlled substance in an amount that equaled or exceeded 1000 grams."

O'DONNELL and LANZINGER, JJ., dissent.